UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES HENRY BRYANT, T04302,

Plaintiff,

v.

SEMS MEDICAL FACILITY, et al.,

Defendant(s).

Case No. 17-cv-03735-SK (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at the California Health Care Facility, Stockton, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: July 6, 2017

SALLIE KIM
United States Magistrate Judge